IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELINO CALDERON-SILVA,

    Petitioner,                     No. CIV S-06-0066 DFL DAD P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.                ORDER

_____/

        Petitioner, a California state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Petitioner challenges both a recent parole denial and his judgment of conviction entered in the Orange County Superior Court in 1992. Petitioner seeks his immediate release from prison or, in the alternative, a new trial at which the government is required to produce evidence that was allegedly withheld during his trial. Petitioner is incarcerated at Chuckawalla Valley State Prison, which is located in Riverside County. Riverside County and Orange County are among the counties located in the judicial district known as the Central District of California. See 28 U.S.C. § 84(c).

/////

1

1  Pursuant to 28 U.S.C. § 2241(d), courts in both the district of conviction and the
2  district of confinement have concurrent jurisdiction over applications for habeas corpus filed by
3  state prisoners.  Because petitioner was not convicted in the Eastern District of California and is
4  not presently confined in the Eastern District, this action will be transferred to the United States
5  District Court for the Central District of California.  <u>See</u> 28 U.S.C. § 2241(d); 28 U.S.C.
6  § 1406(a).
7  Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
8  United States District Court for the Central District of California.
9  DATED: January 23, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
cald0066.108b

2